No. 04–8796.  RAPP *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–8811.  TORRES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–8813.  PONDER *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 04–8819.  CLARK *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–8826.  AHMED *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 04–8832.  SCOTT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–8833.  MARTIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–8835.  MAYNIE *v.* OLSON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 04–8852.  POLLENDER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–8855.  SOBERANIS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–8862.  COUCH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–8863.  YOUNG *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–8868.  HENLEY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–8879.  GONZALEZ-QUINTANA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–8891.  CARRASCO-MATEO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–8894.  MACKIE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.